**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 15 B 35195 |
| Richard V Brown | ) | HON.  A. BENJAMIN GOLDGAR |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**NOTICE OF MOTION**

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;


See attached service list.

Please take notice that on January 15, 2019, at 9:30 A.M., in courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE A. Benjamin Goldgar or before any judge sitting in his place and stead and shall then and there present the attached Motion at which place and time you may appear if you see fit.


**PROOF OF SERVICE**

The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on December 7, 2018.


/s/ *Brenda Likavec* _____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

```
Label Matrix for local noticing        Sabre Investment LLC                  U.S. Bankruptcy Court
0752-1                                  Tannen Law Group PC                   Eastern Division
Case 15-35195                           19 S. LaSalle Street                  219 S Dearborn
Northern District of Illinois           Suite 1600                            7th Floor
Chicago                                 Chicago, IL 60603-1407                Chicago, IL 60604-1702
Fri Dec  7 08:31:27 CST 2018

Avant Inc                               AvantCredit                           Brother Loan Finance
640 N Lasalle St                        640 N. LaSalle Dr. Ste. 535           c/o Gary A Smiley
Chicago, IL 60654-3731                  Chicago, IL 60654-3731                4741 N. Western
                                                                              Chicago, IL 60625-2012

Brother Loan and Finance Company        Capital One                           Capital One Bank (USA), N.A.
c/o Gary A. Smiley, Attorney            Attn: Bankruptcy                      PO Box 71083
P.O. Box 27                             Po Box 30285                          Charlotte, NC  28272-1083
Skokie, IL 60076-0027                   Salt Lake City, UT 84130-0285

City Of Chicago Department of Finance   City of Chicago Parking Tickets       Comcast
c/o Arnold Scott Harris P.C.            333 South State Street Rm 540         1255 W. North Ave
111 W Jackson Blvd Ste 600              Chicago, IL 60604-3951                Chicago, IL 60642-1562
Chicago, IL 60604-3517

ER Solutions/Convergent Outsourcing, INC  First National Bank                 First Premier Bank
Po Box 9004                             Attn: FNN Legal Dept                  Po Box 5524
Renton, WA 98057-9004                   1620 Dodge St., Stop Code 3290        Sioux Falls, SD 57117-5524
                                        Omaha, NE 68197-0002

(p)ILLINOIS DEPARTMENT OF REVENUE       Illinois Department of Revenue        Internal Revenue Service
BANKRUPTCY DEPARTMENT                   Bankruptcy Section                    P.O. Box 7346
P O BOX 64338                           P.O. Box 64338                        Philadelphia, PA 19101-7346
CHICAGO IL 60664-0338                   Chicago, Illinois 60664-0291

(p)JEFFERSON CAPITAL SYSTEMS LLC        (p)CONTINENTAL FINANCE COMPANY LLC    Med Business Bureau
PO BOX 7999                             PO BOX 8099                           Po Box 1219
SAINT CLOUD MN 56302-7999               NEWARK DE 19714-8099                  Park Ridge, IL 60068-7219

PEOPLES GAS LIGHT & COKE COMPANY        Peoples Gas                           Premier Bankcard, Llc
200 EAST RANDOLPH STREET                Attention: Bankruptcy Department      c o Jefferson Capital Systems LLC
CHICAGO, ILLINOIS 60601-6433            130 E. Randolph 17th Floor            Po Box 7999
                                        Chicago, IL 60601-6207                Saint Cloud Mn 56302-9617
                                                                              Orig By: Premier Bankcard Mc 56302-7999

Quantum3 Group LLC as agent for         Sabre Group, LLC                      Sabre Investments LLC
Sadino Funding LLC                      PO Box 30074                          120 W. Madison St.
PO Box 788                              Carbondale, IL 62902                  Suite 918
Kirkland, WA  98083-0788                                                      Chicago, IL 60602-4157

Webbank/fingerhut                       Margaret M Molloy                     Marilyn O Marshall
6250 Ridgewood Roa                      The Semrad Law Firm, LLC              224 South Michigan Ste 800
Saint Cloud, MN 56303-0820              11101 S. Western Ave                  Chicago, IL 60604-2503
                                        Chicago, IL 60643-3907
```

| | | |
|---|---|---|
| Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Richard V Brown<br>8044 S. Wabash<br>Chicago, IL 60619-3517 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section<br>Level 7-425, 100 W. Randolph St.<br>Chicago, IL 60601 | Jefferson Capital Systems LLC<br>Purchased From Avant, Inc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Avantcredit | Mabt/contfin<br>121 Continental Dr Ste 1<br>Newark, DE 19713 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 15 B 35195 |
| Richard V Brown ) | HON. A. BENJAMIN GOLDGAR |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Richard V Brown by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On October 16, 2015, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On February 16, 2016, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 1% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $1,270.00 monthly for 36 months.

5. Debtor fell behind on payments because he was seriously ill due to health issues. Debtor is disabled and had necessary medical expenditures and transportation costs related to those expenditures as he is not able to drive. As a result, accrued a default with the Chapter 13 plan payments. Please see Exhibit A.

6. Debtor's health has stabilized and can continue to make plan payments going forward.

7. Debtor respectfully requests this Honorable Court to defer the current default.

8. Debtor further requests this Honorable Court to increase the plan payments to $1,670.00 per month to allow the case to complete within 60 months after filing.

9. Debtor is in a position to proceed with the instant case.

10. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order to defer the current default;

B. That this Honorable Court increases the plan payment to $1,670.00 per month; and

C. For such other and further relief as the Court deems fair and proper.


Respectfully submitted,

*/s/ Brenda Likavec  _ ___*
*Attorney for Debtor*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625